IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID MICHAEL STARKS, § | |
| (TDCJ-CID #1730886), § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-13-1100 |
| § | |
| DIRECTOR E.S. PIERSON, § | |
| Defendant. § | |

**MEMORANDUM ON DISMISSAL**

The plaintiff, a former inmate at the Southeast Texas Transitional Center, filed this civil rights action *in forma pauperis*. On May 20, 2013, the Clerk's Notice of Deficient Pleading was returned to the court by the postal service with the notation, "Return to Sender, unable to forward." (Docket Entry No. 4).

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2010). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. The plaintiff's motion to proceed as a pauper, (Docket Entry No. 2), is DENIED without prejudice.

SIGNED at Houston, Texas, on June 5, 2013.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE